## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE KEY FINANCE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-13-998-C |
| | ) |
| DJ KOON, | ) |
| | ) |
| Defendant. | ) |

## ORDER

For good cause shown, and because the parties stipulated and it otherwise appears the Court lacks subject matter jurisdiction under the well-pleaded complaint rule, the parties' Joint Motion to Remand [*Dkt. #8*] is **GRANTED**. Accordingly, the Court **REMANDS** this case to the District Court of Oklahoma County, State of Oklahoma.

Dated this 4th day of October, 2013.

ROBIN J. CAUTHRON
United States District Judge